## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| **Qingdao Ge Rui Da Rubber Co., Ltd.,**  **Plaintiff,**  v.  **United States,**  **Defendant.** | )<br>)<br>)<br>)<br>)  Case No. 22-00229<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

Plaintiff Qingdao Ge Rui Da Rubber Co., Ltd. ("GRT"), by and through its attorneys, alleges and states the following cause of action:

### I.    ADMINISTRATIVE DETERMINATIONS TO BE REVIEWED

1. Plaintiff seeks judicial review of the final results of the U.S. Department of Commerce ("Commerce") in the administrative review of the countervailing duty ("CVD") order on truck and bus tires from the People's Republic of China (C-570-041), covering the period January 1, 2020 through December 31, 2020, published in the Federal Register as *Truck and Bus Tires From the People's Republic of China: Final Results of the Countervailing Duty Administrative Review; 2020*, 87 Fed. Reg. 39,063 (June 30, 2022) ("*Final Results*"). Commerce's factual and legal conclusions underlying this determination are set forth in several memoranda, including but not limited to its June 24, 2022 *Issues and Decision Memorandum for the Final Results of the Countervailing Duty Administrative Review of Truck and Bus Tires from*

1

*the People's Republic of China; 2020* ("Final IDM"), referenced in the published *Final Results* at Appendix. *See also Truck and Bus Tires from the People's Republic of China: Amended Final Results of Countervailing Duty Administrative Review, in Part; 2020*, issued August 23, 2022 (not yet published; ACCESS Barcode: 4277244-01).

## II.     JURISDICTION

2.     Plaintiffs bring this action contesting the *Final Results* pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and § 1516a(a)(2)(B)(iii). This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(c) and 19 U.S.C. § 1516a(a)(2).

## III.     STANDING OF PLAINTIFF

3.     Plaintiff GRT is a Chinese producer and exporter of truck and bus tires from China. As such, Plaintiff is an interested party within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3), and 28 U.S.C. § 2631(k)(1). Plaintiff also filed case briefs and submitted factual information and otherwise participated fully in the underlying administrative proceeding that led to the factual findings and legal conclusions being challenged in this action. Accordingly, Plaintiff was a "party to the proceeding" and, therefore, has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

## IV. TIMELINESS OF THIS ACTION

4.     Plaintiff filed this action by filing the Summons on July 29, 2022 (ECF No. 1), within thirty (30) days after June 30, 2022, the date on which Commerce published the contested *Final Results* in the Federal Register. Plaintiff is filing this complaint on August 25, 2022, within 30 days after filing the summons. Accordingly, this action is timely filed under 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 28 U.S.C. § 2636(c) and Rule 3 of this Court.

## V. FACTUAL ALLEGATIONS

5. On April 1, 2021, Commerce initiated the CVD administrative review of the order on truck and bus tires from the People's Republic of China, covering the period January 1, 2020 through December 31, 2020. *See Initiation of Antidumping and Countervailing Duty Administrative Reviews*, 86 Fed. Reg. 17,124 (April 1, 2021) (*Initiation Notice*). On May 10, 2021, Commerce selected GRT as a mandatory respondent in the review.

6. Both GRT and the Government of China ("GOC") responded to Commerce's initial questionnaire, and all supplemental questionnaires Commerce issued during the review.

7. On March 8, 2022, Commerce published the preliminary results of review. *See Truck and Bus Tires from the People's Republic of China: Preliminary Results of Countervailing Duty Administrative Review, Rescission of Review in Part, and Intent to Rescind in Part; 2020,* 87 Fed. Reg. 12,929 (March 8, 2022) (*Preliminary Results*). Commerce preliminarily determined based on adverse facts available ("AFA") that GRT used the Export Buyer's Credit ("EBC") program, and preliminarily determined a CVD subsidy rate of 1.78 percent *ad valorem* for GRT under the EBC program.

8. GRT and the GOC submitted case briefs challenging Commerce's preliminary results of review on April 7, 2022. Among the issues challenged, GRT and the GOC contested Commerce's determination that GRT used the EBC program, and its application of a total CVD subsidy rate 17.15 percent *ad valorem* to GRT.

9. Commerce issued the contested *Final Results* of review on June 27, 2022, continuing to determine based on AFA that GRT used the EBC program, and assigning a subsidy rate of 1.78 percent *ad valorem* for GRT under the EBC program. Commerce published these

*Final Results* in the Federal Register on June 30, 2022, referencing the Final IDM. *See* 87 Fed. Reg. 39,063 (June 30, 2022).

10. On August 23, 2022, Commerce issued amended final results of review based on alleged ministerial errors, resulting in a final assigned total subsidy rate of 17.48 percent *ad valorem* to GRT.

## VI. STATEMENT OF CLAIMS

### COUNT ONE

11. Plaintiff incorporates by reference each allegation and fact contained in paragraphs 1 through 10 above as if fully set forth herein.

12. Commerce erred in applying AFA to determine that GRT used the EBC program. Commerce's determination that GRT used the EBC program is arbitrary, capricious, not supported by substantial evidence, and is otherwise not in accordance with law.

### COUNT TWO

13. Plaintiff incorporates by reference each allegation and fact contained in paragraphs 1 through 12 above as if fully set forth herein.

14. Upon information and belief, Commerce erred in other aspects of its *Final Results* with respect to GRT and the EBC program that will be evident upon review of the administrative record in this case.

15. These additional errors by Commerce are arbitrary, capricious, not supported by substantial evidence, and otherwise not in accordance with law.

## VII. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that this Court enter judgment against Defendant and award the following relief:

a. Hold unlawful the determinations of Commerce identified above;

b. Remand this matter to Commerce for determinations consistent with the holding of this Court; and,

c. Grant Plaintiff such further and additional relief as this Court may deem just and proper.

Respectfully submitted,

Daniel Cannistra
Michael Bowen

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2500

Counsel for GRT

Dated: August 25, 2022

## CERTIFICATE OF SERVICE

CIT Case No. 22-cv-229

      I hereby certify that on this 25th day of August, 2020, I caused a copy of the foregoing document to be served via Certified Mail, Return Receipt Requested on the following:

Attorney-In-Charge
International Trade Field Office
Office of the Assistant Attorney General
Civil Division, Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
Room 346
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Room 5870
Washington, DC. 20230

Roger B. Schagrin, Esq.
Schagrin Associates
900 7th Street, NW Suite 500
Washington, DC 20001

Gregory S. Menegaz, Esq.
deKieffer & Horgan
1090 Vermont Avenue, NW Suite 410
Washington, DC 20005

Matthew J. McConkey, Esq.
Mayer Brown, LLP
1999 K Street, NW
Washington, DC 20006-1101

Andrew T. Schutz, Esq.
Grunfeld Desiderio Lebowitz Silverman Klestadt
1201 New York Ave, NW Suite 650
Washington, DC 20005

Zhang Yi
Gaopeng & Partners
28th/F, Silver Tower 2
North Dongsanhuan Road
Beijing, 100027, China

Yangfan Xie
Embassy of the Peoples Republic of China Economic and Commercial Office 2133 Wisconsin Avenue NW
Washington, DC 20007

Zhang Ye
Beijing Kang Da Law Firm
5th Floor, Building C International Wonderland,
Xindong Road, Chaoyang District
Beijing, 100027, China

_____
Daniel Cannistra