# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| QINGDAO GE RUI DA RUBBER CO. LTD., <br><br>*Plaintiff,* <br><br>v. <br><br>UNITED STATES, <br><br>*Defendant,* <br><br>and <br><br>UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANFUACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, <br><br>*Defendant-Intervenor.* | Court No. 22-00229 |

## RESPONSE BRIEF OF DEFENDANT-INTERVENOR IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE AGENCY RECORD

        Roger B. Schagrin
        Christopher T. Cloutier
        Nicholas J. Birch
        SCHAGRIN ASSOCIATES
        900 Seventh Street, N.W.
        Suite 500
        Washington, D.C. 20001

        *Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC*

Dated: June 21, 2023

## **TABLE OF CONTENTS**

# TABLE OF AUTHORITIES

**Cases**

*Cooper (Kunshan) Tire Co. v. United States*, 610 F. Supp. 3d 1287 (Ct. Int'l Trade 2022) .......... 2

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE MARK A. BARNETT, CHIEF JUDGE

|  |  |
|---|---|
| QINGDAO GE RUI DA RUBBER CO. LTD., <br><br>*Plaintiff,* <br><br> v. <br><br> UNITED STATES, <br><br>*Defendant,* <br><br> and <br><br> UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANFUACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, <br><br>*Defendant-Intervenor.* | Court No. 22-00229 |

**RESPONSE BRIEF OF DEFENDANT-INTERVENOR IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to USCIT Rule 56.2 and the Court's April 28, 2023 amended scheduling order, Defendant-Intervenor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC ("USW"), submits the following response in opposition to the motion for judgment on the agency record filed by Plaintiff Qingdao Ge Rui Da Rubber Co., Ltd. ("GRT") in the above-captioned action.

**RULE 56.2 STATEMENT**

A. The administrative determination at issue is the final results of the second administrative review of the countervailing duty ("CVD") order on truck and bus tires from the People's Republic of China (C-570-041) published by the U.S. Department of Commerce

1

    ("Commerce") in the Federal Register as *Truck and Bus Tires from the People's Republic of China: Final Results of the Countervailing Duty Administrative Review; 2020*, 87 Fed. Reg. 39,063 (June 30, 2022)(P.R. 286) ("*Final Results*")[1] and accompanying Decision Memorandum ("DM") dated August 25, 2022 (P.R. 281); *see also Truck and Bus Tires from the People's Republic of China: Amended Final Results of Countervailing Duty Administrative Review, In Part; 2020,* 87 Fed. Reg. 52,364 (Aug. 25, 2022) (P.R. 294).

B.    Whether Commerce's decision to use facts available with an adverse inference to assign GRT a 1.78 percent subsidy rate for Export Buyer's Credit Program ("EBCP") is supported by substantial evidence and in accordance with law.

## STATEMENT OF THE FACTS

    Defendant-Intervenor agrees with the statement of the facts as presented in Defendant's response brief (ECF 32 at 2-5).

## STANDARD OF REVIEW

    Defendant-Intervenor agrees with the detailed discussion of the standard of review set out in Defendant's response brief. *See* ECF 32 at 8-9.

## ARGUMENT

    Defendant-Intervenor concurs with and adopts by reference the arguments set forth in the response brief of Defendant, filed with the Court on May 22, 2023. USW does not wish to address issues and arguments that are substantially different from those addressed by the Defendant in its brief. Pursuant to the precedent of this Court,[2] Commerce adequately explained

---

[1] Citations to documents on the public administrative record are denoted as "P.R." in this brief. This brief contains no confidential information subject to the judicial protective order.

[2] *See Cooper (Kunshan) Tire Co. v. United States*, 610 F. Supp. 3d 1287, 1316, 1319 (Ct. Int'l Trade 2022). *See also* ECF 32 at 17-20.

its need for the information withheld by the Government of China ("GOC"), how the lack of this information rendered the operation and use of the EBCP unverifiable, and how the respondents failed to fill the gaps in the record created by the GOC. DM at 25-27 (P.R. 281).

## CONCLUSION

For the reasons in this and Defendant's brief, (*see* ECF 32 at 9-26), this Court should reject Plaintiff's challenge to a reasonable Commerce determination and uphold Commerce's *Final Results* as supported by substantial evidence and in accordance with law. Defendant-Intervenor therefore respectfully requests that Plaintiff's motion for judgment on the agency record be denied.

Respectfully submitted,

/s/ Christopher T. Cloutier
Roger B. Schagrin
Christopher T. Cloutier
SCHAGRIN ASSOCIATES
900 Seventh Street, N.W.
Suite 500
Washington, D.C. 20001

*Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC*

Dated: June 21, 2023

## **CERTIFICATE OF COMPLIANCE**

      I hereby certify that the foregoing response brief complies with the word-count limitation in this Court's amended scheduling order dated of April 28, 2023, limiting this submission to 5,000 words. This response brief contains 496 words according to the word count function of the word processing software used to prepare the brief.


Dated: June 21, 2023                                /s/ *Christopher T. Cloutier*
                                                                                      Christopher T. Cloutier

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| QINGDAO GE RUI DA RUBBER CO. LTD.,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br>        *Defendant*<br><br>and<br><br>UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC,<br><br>*Defendant-Intervenor.* | Court No. 22-00229 |

**PROPOSED ORDER**

Upon consideration of the motion for judgment on the administrative record filed by plaintiff, the responses thereto filed by the defendant and the defendant-intervenor, plaintiff's reply, the administrative record, and all other papers and proceedings herein, it is hereby:

**ORDERED** that the motion is **DENIED**; and it is further

**ORDERED** that the U.S. Department of Commerce's final determination is sustained; and it is further

**ORDERED** that plaintiff's complaint is **DISMISSED**.

It is **SO ORDERED**.

_____
HON. MARK A. BARNETT, CHIEF JUDGE

Dated: _____, 2023
    New York, New York